UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GEORGINA TORRES,

Defendant.

**SEALED INDICTMENT**

23 Cr.

23 CRIM 668

## COUNT ONE
### (Firearms Trafficking Conspiracy)

The Grand Jury charges:

1. In or about June 2021, in the Southern District of New York and elsewhere, GEORGINA TORRES, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, trafficking in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

2. It was a part and object of the conspiracy that GEORGINA TORRES, the defendant, and others known and unknown, not being licensed importers, licensed manufacturers, or licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, would and did willfully and knowingly engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and

elsewhere:

    a.    In or about June 2021, GEORGINA TORRES, the defendant, purchased firearms in Texas.

    b.    In or about June 2021, TORRES transported firearms to the Bronx, New York.

(Title 18, United States Code, Section 371.)

## COUNT TWO
### (Firearms Trafficking)

The Grand Jury further charges:

4.    In or about June 2021, in the Southern District of New York and elsewhere, GEORGINA TORRES, the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully and knowingly engaged in the business of importing, manufacturing, and dealing in firearms, and in the course of such business shipped, transported, and received a firearm in interstate and foreign commerce, and aided and abetted the same, to wit, TORRES illegally sold firearms in the Bronx, New York.

(Title 18, United States Code, Sections 922(a)(1)(A) and 2.)

## COUNT THREE
### (Interstate Transfer of a Firearm to an Out-of-State Resident)

The Grand Jury further charges:

5.    In or about June 2021, in the Southern District of New York and elsewhere, GEORGINA TORRES, the defendant, not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully and knowingly did transfer, sell, trade, give, transport, and deliver a firearm

to another individual, said person not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector of firearms within the meaning of Chapter 44, Title 18, United States Code, knowing and having reasonable cause to believe that said person was not then residing in the state in which TORRES was then residing, to wit, TORRES, then a resident of Texas, delivered firearms to a person TORRES knew resided in the Bronx, New York.

(Title 18, United States Code, Sections 922(a)(5) and 2.)

## FORFEITURE ALLEGATION

6. As a result of committing the offenses alleged in Counts One through Three of this Indictment, GEORGINA TORRES, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offenses, including but not limited to:

- a. One 9mm Glock pistol bearing serial number AFND323;
- b. One 9mm Glock pistol bearing serial number AFLE187;
- c. One .380 ACP Ruger pistol bearing serial number 372420525;
- d. One .380 ACP Ruger pistol bearing serial number 372432244;
- e. One .380 ACP Ruger pistol bearing serial number 372444004;
- f. One .380 ACP Ruger pistol bearing serial number 372443994;
- g. One .380 ACP Ruger pistol bearing serial number 372444005;
- h. One .380 ACP Ruger pistol bearing serial number 372445518.

### Substitute Assets Provision

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

                      (Title 18, United States Code, Section 924;
                      Title 21, United States Code, Section 853; and
                      Title 28, United States Code, Section 2461.)

_____
FOREPERSON
12/18/2023

_____
DAMIAN WILLIAMS
United States Attorney

4