```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-11-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                      Plaintiff,

      -against-

GEORGINA TORRES,

                    Defendant.

------------------------------------------------------------------- x

23 CR 668 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    Arraignment set for **January 23, 2024** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
             January 11, 2024

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**