**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 20, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/25/24

*By e-mail and ECF*

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Georgina Torres*, 23 Cr. 668 (ALC)

Dear Judge Carter:

    I write on consent (Assistant U.S. Attorney Jonathan Bodansky) to respectfully request that the Court adjourn the conference currently scheduled for March 26, 2024, at 12:00 p.m., for a period of around 60 days. The parties are actively discussing a disposition in this case, and the adjournment will allow the parties to continue those discussions and hopefully reach an agreement.

    If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act until the next conference date.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(646) 588-8317

cc: Jonathan Bodansky, Esq., by e-mail and ECF
      William Stone, Esq., by e-mail and ECF

The application is **GRANTED**. Status Conference adjourned to 6/6/24 at 12 p.m. Time excluded from 3/26/24 to 6/6/24 in the interest of justice. So Ordered.

*[Signature of Andrew L. Carter]* 3/22/24