**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/24
```

*By e-mail and ECF*

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Georgina Torres*, 23 Cr. 668 (ALC)

Dear Judge Carter:

I write on consent (Assistant U.S. Attorney Jonathan Bodansky) to respectfully request that the Court adjourn the conference currently scheduled for June 6, 2024, at 12:00 p.m., for a period of around 30 days. The parties are actively discussing a disposition in this case, and the adjournment will allow the parties to continue those discussions and hopefully reach an agreement.

If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act until the next conference date.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(646) 588-8317

cc:   Jonathan Bodansky, Esq., by e-mail and ECF
      William Stone, Esq., by e-mail and ECF

The application is **GRANTED**.   The status conference is adjourned to July 9, 2024 at 12:30 p.m.   Time excluded from 6/6/24 to 7/9/24 in the interest of justice.

So Ordered.   *[signature]*   6/4/24