MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 22, 2025

*By e-mail and ECF*

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Georgina Torres*, 23 Cr. 668 (ALC)

Dear Judge Carter:

    I write on consent (Assistant U.S. Attorney Jonathan Bodansky) to respectfully request that the Court adjourn the conference currently scheduled for January 23, 2025 at 12:00 p.m., for a period of around 60 days. The Government has indicated that it will start producing discovery in this matter, and the adjournment will allow time to review that discovery and inform the Court if we intend to file any pre-trial motions.

    If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act until the next conference date for the reason set forth above.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(646) 588-8317

cc:   Jonathan Bodansky, Esq., by e-mail and ECF
      William Stone, Esq., by e-mail and ECF

The application is **GRANTED**. The status conference is adjourned to 4/3/25 at 12:30 p.m. Time excluded from 1/23/25 to 4/3/25 in the interest of justice.
So Ordered.  *[signature: Andrew L. Carter]*    1/22/25