USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/12/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

GEORGINA TORRES,

                                      Defendants.

-------------------------------------------------------------------- x

23-CR-668 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Sentencing set for **October 24, 2025,** at **3:00 p.m.**

**SO ORDERED.**

Dated:    **New York, New York**
               **September 12, 2025**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**